UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

              - v. -                        :

ABELARDO LONGAS,                            :
     a/k/a "Jairo,"                         :

                        Defendant.          :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 6 2007

INDICTMENT

07 Cr.

**07 CRIM.    315**

    The Grand Jury charges:

    1.    From in or about 1999, up to and including on or
about July 5, 2005, in the Southern District of New York,
ABELARDO LONGAS, a/k/a "Jairo," the defendant, and others known
and unknown, unlawfully, willfully, and knowingly did combine,
conspire, confederate, and agree together and with each other to
violate Section 1956(a)(1)(B)(i) of Title 18, United States Code.

    2.    It was a part and an object of the conspiracy that
ABELARDO LONGAS, a/k/a "Jairo," the defendant, and others known
and unknown, in an offense involving and affecting interstate and
foreign commerce, knowing that the property involved in certain
financial transactions represented the proceeds of some form of
unlawful activity, would and did conduct and attempt to conduct
such financial transactions which in fact involved the proceeds
of specified unlawful activity, to wit, the proceeds of illegal
narcotics transactions, knowing that the financial transactions
were designed in whole and in part to conceal and disguise the
nature, the location, the source, the ownership, and the control

of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

<u>Overt Acts</u>

3.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a.    On or about July 5, 2005, in Manhattan, New York, a co-conspirator not named as a defendant herein, working at the direction of ABELARDO LONGAS, a/k/a "Jairo," the defendant, attempted to take possession of approximately $580,000 in narcotics proceeds, which had been seized by law enforcement.

(Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATION**

4.    As a result of committing the money laundering offense alleged in this Indictment, defendant ABELARDO LONGAS, a/k/a "Jairo," the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offense alleged in this Indictment and all property traceable to such property.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

2

b.    has been transferred or sold to, or deposited
with, a third person;

c.    has been placed beyond the jurisdiction of
the Court;

d.    has been substantially diminished in value;
or

e.    has been commingled with other property which
cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §
853(p), to seek forfeiture of any other property of said
defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## UNITED STATES OF AMERICA

- v. -

## ABELARDO LONGAS,
## a/k/a "Jairo,"

### Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. §1956(h).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Grace Lamanchia - Perea*
Foreperson.

*11:25A 4/07*

*Indictment filed, case assigned
to arrest warrant issued.*

*F. Maas, USMJ*

*4/7/07*