ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       - v. -

ABELARDO LONGAS,

           Defendant.

- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Cr. 315

    WHEREAS, the above-captioned indictment was returned on April 17, 2007, and, upon application of the government, ordered to be filed under seal; and

    WHEREAS the Government has requested that the above-captioned indictment be unsealed;

    IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 315 be unsealed.

Dated: New York, New York
       April 24, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 4 2007