UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

      against        **Notice of Appearance**

       07-CR-315

**ABELARDO LONGAS,**
      Defendant.
-------------------------------------------------------------------X

Dear Sir or Madam,

    You are hereby notified that I have been retained to represent the defendant in the above-entitled action. Please serve all future notices or papers in this action upon the undersigned at the address stated below.

      Yours, etc.

Dated:  Brooklyn, New York
      May 11, 2007       _____

      Joyce B. David, Esq.
      16 Court Street – Suite 3604
      Brooklyn, N.Y., 11241
      (718) 875-2000
      (718) 852-8716 (fax)
      jbd@joycedavid.com