# Joyce B. David
_____

## Attorney at Law

Author of:

**"What You Should Know if
You're Accused of a Crime"**
**(available on website)**

16 Court Street
Tower Suite - 3604
Brooklyn, New York, 11241
(718) 875-2000
Fax - (718) 852-8716
E-mail - jbd@joycedavid.com
www.joycedavid.com

September 10, 2007

**Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 26B
New York, N.Y., 10007-1312**

        **Re:  USA v. Abelardo Longas,  07-CR-315 (TPG)**

Dear Judge Griesa,

    My client is requesting permission to go to his son's graduation from the Marines Basic Training.  He would like to leave September 26, 2007 and return September 30, 2007.  He would be staying on Paris Island in South Carolina.

    I spoke with my client's Pretrial Services Officer, Lisa Chang, and she has no objection to my client's request.  AUSA Daniel Stein also consented to the trip.

    We respectfully request that Your Honor grant the application herein.

                                              Sincerely,

                                              _____
                                              Joyce B. David, Esq.

JBD/mm