**MEMO ENDORSED**

# Joyce B. David

---

**Attorney at Law**

Author of:

"What You Should Know if
You're Accused of a Crime"
(available on website)

16 Court Street
Tower Suite - 3604
Brooklyn, New York, 11241
(718) 875-2000
Fax - (718) 852-8716
E-mail - jbd@joycedavid.com
www.joycedavid.com

August 7, 2008

Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 26B
New York, N.Y., 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

Re: USA v. Abelardo Longas, 07-CR-315 (TPG)

Dear Judge Griesa,

My client is requesting permission to visit his son, Danny, at Camp Le June, 804 Butler Drive, Midway Park, Jacksonville, N.C., 28544. He would like to leave on August 13, 2008, and return on Aug. 18, 2008. He plans to stay at his son's house on the military base.

I spoke with my client's Pretrial Services Officer, Lisa Chang, and she has no objection to my client's request. AUSA Daniel Stein also consented to the trip.

We respectfully request that Your Honor grant the application herein.

Sincerely,

Joyce David

Joyce B. David, Esq.

JBD/em

Approved.
Thomas P. Griesa
SDJ  8/11/08